SILAS G. MORGAN et al., Respondents, *v.* LEMUEL CROCKER et al., Appellants.

(Argued May 28, 1875 ; decided June 8, 1875.)

THIS action was brought originally against defendant's testator for the loss of twenty-two cows, alleged to have been occasioned by his negligence as bailee.

The deceased was the proprietor of cattle yards in Buffalo, near the railroad, and the cows were delivered to him to be kept until shipped. The evidence showed that he put them in a yard ordinarily used and suitable and proper for the purpose. The yard was lower than some of the others, and, in case of a flood, liable to be overflowed, but it did not appear that it had ever before been overflowed to a sufficient depth to endanger cattle therein. A storm of unprecedented violence arose suddenly during the night, the water of the lake overflowed the yard, and the cows were drowned. *Held*, that there was not sufficient evidence of negligence to justify the submission of the question to the jury, and that plaintiffs should have been nonsuited.

*H. O. Chesebro* for the appellants.

*E. G. Lapham* for the respondents.

*Per Curiam* opinion for reversal and new trial.
All concur.
Judgment reversed.